UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------X

Olukayode David Ojo,

      Petitioner,

v.

Oscar Aviles,

      Respondent.

------------------------------------X

Civil Action No.: 14-7951 (JLL)

**JOINT STIPULATION AND ORDER OF DISMISSAL**

    Whereas, on March 23, 2015, Assistant Chief Counsel of the Department of Homeland Security agreed to stipulate to a redetermination of bond in Immigration Court to an amount that Mr. Ojo's family can afford.

    Whereas, in light of that agreement, the issues raised in Mr. Ojo's pending petition for Habeas Corpus are moot.

    It is hereby stipulated and agreed by and between the parties that Mr. Ojo's Petition for Writ of Habeas Corpus be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: March 31, 2015
New York, NY

Matthew Caldwell
Brooklyn Defender Services
177 Livingston Street
Brooklyn, NY 11201
718-254-0700 Ext. 293
*Counsel for Petitioner*

Frances Bajada
Assistant U.S. Attorney
970 Broad Street, 7th Floor
Newark, NJ 07102
973-297-2038
*Counsel for Respondents*